IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HOBBS CONSTRUCTION , LLC | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:12CV281-HSO-RHW |
| | § | |
| DEVELOPMENT ENTERPRISES, ET AL. | § | DEFENDANTS |

## JUDGMENT BY DEFAULT

THIS CAUSE came before the Court on the Motion of Defendant/Counter-Plaintiff, Balch & Bingham LLP ("Counter-Plaintiff"), for a Default Judgment, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, against the Defendant, Development Enterprises, Inc. ("Defendant"), as to Counter-Plaintiff's Counterclaim/Crossclaim to Interplead Funds ("Counterclaim").  The Court finds that Defendant has been duly served with Counter-Plaintiff's Counterclaim; that Defendant is not an infant or unrepresented incompetent person; that Defendant has failed to plead or otherwise defend as to Counter-Plaintiff's Counterclaim; and a default [39] was duly entered against Defendant on November 20, 2012. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion for Default Judgment [46] filed on December 5, 2012, by Balch & Bingham, LLP, against Defendant Development Enterprises, Inc. is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, judgment is entered against Defendant, Development Enterprises, Inc., in favor of Counter-

Plaintiff, Balch & Bingham LLP, as to its Counterclaim/Crossclaim to Interplead Funds against Defendant.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, in accordance with the documentary evidence received by the Court in support of Counter-Plaintiff's Counterclaim, as more fully set forth in the Agreed Order Allowing Interpleader, Granting Discharge, and Awarding Attorney's Fees [47], entered simultaneously herewith, Counter-Plaintiff Balch & Bingham LLP, shall have and recover from Defendant, those damages set forth in such Agreed Order.

**SO ORDERED AND ADJUDGED**, this the 12th day of December, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE